IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **XIU DONG WU,** | * | |
| Petitioner, | * | |
| | * | Civil Action No. RDB-21-0732 |
| v. | * | |
| **MERRICK GARLAND,** *et al.*, **LLC,** *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

On March 23, 2021, *pro se* Petitioner Xiu Dong Wu ("Petitioner" or "Wu") filed this action against Respondents Merrick Garland, United States Attorney General, and Alejandro Mayorkas, Secretary of Homeland Security (collectively, "Respondents"), seeking an order for Respondents to adjudicate Wu's I-485 Application to Register Permanent Residence or Adjust Status, which Wu filed on September 27, 2019. (ECF No. 1; ECF No. 1-2 *SEALED*.) Presently pending is Respondents' Motion to Dismiss Wu's Petition as moot. (ECF No. 4.) On May 11, 2021, this Court mailed Petitioner a Rule 12/56 Notice, directing Wu to respond to Respondents' Motion within 28 days. (ECF No. 5.) Wu has not filed any response.

On May 5, 2021, Wu's I-485 Application was approved and an I-797 Notice of Action was sent to Wu and to Wu's immigration attorney. (ECF No. 4-2.) As a result, Wu's petition for Respondents to adjudicate the I-485 Application is now moot. Accordingly, it is this 8th day of June, 2021, HEREBY ORDERED that:

1. Respondents Motion to Dismiss the Petition (ECF No. 4) is GRANTED;

2. This case is DISMISSED WITH PREJUDICE; and

3. The Clerk of Court is directed to CLOSE this case.

                                                      _____/s/_____
                                                      Richard D. Bennett
                                                      United States District Judge